FILED
JUN 19 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS ROUNDTREE ) <br> ) <br> Defendant, ) <br> ) | **4:17CR00278 NCC** |

## MISDEMEANOR INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about March 15, 2015, within the Eastern District of Missouri,

**DOUGLAS ROUNDTREE,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to his own use, money and items of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $257.62, creating an actual loss to the government of $257.62, associated with acquiring medical records and paying for medical exams administered by the Social Security Administration.

Respectfully submitted,
CARRIE COSTANTIN
United States Attorney

_____
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200


UNITED STATES OF AMERICA        )
EASTERN DIVISION                )
EASTERN DISTRICT OF MISSOURI    )

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this 19th day of June 2017

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK

2